# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Hayley Elizabeth Barber**<br>DOB: 1999; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07235MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 22, 2021, at or near Nogales, in the District of Arizona, **Hayley Elizabeth Barber** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 22, 2021, Hayley Elizabeth BARBER presented herself for entry into the United States from the Republic of Mexico at the DeConcini Port of Entry in Nogales, Arizona. BARBER entered the pedestrian lanes for inspection without any identification documents. BARBER was escorted to a secondary area where a Customs and Border Protection (CBP) canine alerted to an odor it had been trained to detect emanating from her body. CBP officers conducted a partial pat down and asked BARBER if she had anything concealed on her person. BARBER denied having anything concealed on her person. Officers explained that they would take her to the hospital for her safety and to verify that she didn't have anything concealed internally. At that time, BARBER admitted to concealing packages in her rectum. BARBER signed a medical consent form prior to being transported to the hospital. At the hospital, BARBER passed four packages that had been concealed in her rectum. All four packages contained pills that were similar in appearance. A representative sample of the pills was field tested and yielded positive results for the properties of fentanyl. The packages of fentanyl weighed 123.1 grams.

After waiving her *Miranda* rights, BARBER admitted she agreed to smuggle narcotics for a payment of $400 and some personal use pills. BARBER also said she previously crossed drugs on April 17, 2021.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/am<br>AUTHORIZED AUSA *Julie Sottosanti*  *[signature]* | SIGNATURE OF COMPLAINANT (official title)<br>**MLADEN BRALJ** Digitally signed by MLADEN BRALJ<br>Date: 2021.04.23 09:51:43 -07'00'<br>OFFICIAL TITLE<br>Special Agent Mladen Bralj<br>Homeland Security Investigations |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature: Jacqueline M. Rateau]* | DATE<br>April 23, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54